UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:

William Torppey

Case No.: __18-31178__

Judge: __JKS__

Chapter: __13__

# APPLICATION FOR EXTENSION OR
# EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____attorney_____ in this matter. On ____5/14/2019____, a Loss Mitigation Order was entered concerning:

Property:     ____172 Fairmount Ave, Chatham, NJ 07928____

Creditor:     ____SN Servicing Corp____

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on ____8/8/2019____.

For the reason(s) set forth below, the ____debtor____ hereby requests:

☑ An extension of the Loss Mitigation Period to ____December 8, 2019____.

☐ Early termination of the Loss Mitigation Period, effective _____.

Set forth the applicant's reason(s) for the above request:
Debtor's loan was transferred to another bank

Dated: __10/25/19__

/s/ Benjamin J. Ginter, Esq
Applicant's signature

*Revised 9/19/13*